**William J. BAXLEY, etc., Plaintiff,**

**Charles S. Grimsley, individually and on behalf of a class of persons similarly situated with him, being members of the Southwest Airlines frequent flier**

---

program who have been issued "1 drink coupons" without expiration dates, and persons otherwise lawfully issued, Plaintiff–Appellant,

v.

**SOUTHWEST AIRLINES CO., INCORPORATED,** Defendant–Appellee.

**No. 12–12654**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 4, 2012.

William J. Baxley, Joel E. Dillard, Donald Randolph James, Jr., Baxley Dillard Mcknight & James, Birmingham, AL, for Plaintiff–Appellant.

H. Thomas Wells, Jr., Lorrie Lynn Hargrove, Gregg Mitchel McCormick, Mitesh Bansilal Shah, Maynard Cooper & Gale, PC, Birmingham, AL, for Defendant–Appellee.

Before TJOFLAT, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

Appellant Charles Grimsley, individually, and on behalf of a class of similarly situated persons, sued Southwest Airlines Co., Inc. (Southwest), for breach of contract arising from Southwest's refusal to honor "1 drink coupons" without expiration dates. Grimsley contends that he earned the coupons because he was a member of Southwest's Rapid Rewards Program. Southwest filed a motion to dismiss Grimsley's complaint, which was granted by the district court.

We have reviewed the record on appeal, the briefs and the arguments of counsel. Finding no error, we affirm the judgment of the district court.

AFFIRMED.